Attachment 6 - Motion for Appointment of Counsel

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## San Antonio DIVISION

FILED
APR 3 0 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Luana M. Moody       5-20-CV-00374-DAE
(Name of plaintiff or plaintiffs)
                     Civil Action Number:

v.

IHop                 (Case Number to be supplied
                      by the Intake Clerk)

(Name of defendant or defendants)

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now, __Luana M. Moody__, Plaintiff in the above-styled and numbered matter, and respectfully requests appointment of counsel as provided by in 42 U.S.C. §2000e-5(f)(1). In support thereof, Plaintiff will show the following:

I. That Plaintiff has made a diligent effort to employ counsel.

[✓] CONTACTED PRIVATE ATTORNEYS. (List all attorneys **who specialize in labor law, employment discrimination or civil rights** complaints you contacted and state why each would not represent you.)

[✓] CONTACTED LEGAL AID ASSOCIATION. (Texas Rio Grande Legal Aid Inc.: (888) 988-9996 (State when this association was contacted and why it could not assist you.)

WAS sent from W.DC eeoc to bring dissision made
Not satified

[✓] CONTACTED LOCAL LAWYER REFERRAL SERVICE. (San Antonio Bar Association Lawyer Referral Service: (210) 227-1853). (List the lawyers to whom you were referred, the attorneys you contacted, and why they could not assist you.)

Could not get any legal help without a Atterney from eeoc to confinde with this right to sue

II. Please state your level of education:

42

Rev. Ed. October 26, 2017

[✓] Did not graduate from high school. (Specify highest grade completed) __10th grade__

[ ] G.E.D. (Date acquired) _____

[ ] High School Graduate. (Year graduated) _____

[✓] Some College. (Specify field of study) _CNA  Savant College  SAC College Dietary and Nutrition, Management_

[ ] College Graduate. (Specify field of study) _____

[ ] Graduate Level Education (Specify level and field of study) _____

III. Please state your employment for the last five years beginning with your most current employment:

Employer: _IHOP_
Salary/Wages per Month: _10.50 Hr_
Position: _Cook_
Dates of Employment: _January 5, 2019_

Employer: _Provider Home Health_
Salary/Wages per Month: _10.00 hr_
Position: _CNA_
Dates of Employment: _July 1, 2018_

Employer: _N/A_
Salary/Wages per Month: _____
Position: _____
Dates of Employment: _____

Employer: _N/A_
Salary/Wages per Month: _____
Position: _____
Dates of Employment: _____

Employer: _N/A_
Salary/Wages per Month: _____
Position: _____
Dates of Employment: _____

IV. Plaintiff is financially unable to hire counsel for the reasons stated in the attached Application to Proceed In Forma Pauperis. (**Please complete the attached Application to Proceed In Forma Pauperis**)

43

Rev. Ed. October 26, 2017

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

_April 30, 2021_
Date

_Luana M Moody_
Signature of Plaintiff