IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 21 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Luana M Moody
**Plaintiff**

v.
IHOP

**Defendant**

Case No. 5-20-CV-374-DAE

## Notice to Motion appeal

Judge Ezra adopted of
Report & Recomindations
brief statement of claim
may be Granted
objection of Judge Fuerron
this case
I Luana M Mood will may deadlines
I an timely manner
have me ter for decide case
or trial the 5th Circuit

Luana Moody
6-21-21

Luana M Moody
Plaintiff

In the United States District Court
For the Western District of Texas
San Antonio Division

5-20-CV-374-DAE

v

IHOP
Defendant

I Luana M Moody sware to say the truth the whole truth and nothing but the truth so help me God.

6-21-21
Luana M Moody