# United States Court of Appeals for the Fifth Circuit

FILED
SEP 2 0 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

No. 21-50569

United States Court of Appeals
Fifth Circuit
**FILED**
September 20, 2021
Lyle W. Cayce
Clerk

Luana M. Moody,

*Plaintiff—Appellant,*

versus

IHOP,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:20-CV-374-DAE

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of September 20, 2021, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

No. 21-50569

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Lisa E. Ferrara*
Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT